# United States Court of Appeals
## For the First Circuit

No. 18-1108

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO, AS REPRESENTATIVE FOR THE
COMMONWEALTH OF PUERTO RICO,

Debtor.

AURELIUS CAPITAL MASTER, LTD.; ACP MASTER, LTD.; AURELIUS
CONVERGENCE MASTER, LTD.; AURELIUS INVESTMENT, LLC; AURELIUS
OPPORTUNITIES FUND, LLC; AUTONOMY MASTER FUND LIMITED;
CORBIN OPPORTUNITY FUND, L.P.; FCO SPECIAL OPPORTUNITIES
(A1) LP; FCO SPECIAL OPPORTUNITIES (D1) LP; FCO SPECIAL
OPPORTUNITIES (E1) LLC - MASTER SERIES 1; FUNDAMENTAL CREDIT
OPPORTUNITIES MASTER FUND, LP; JACANA HOLDINGS I, LLC; JACANA
HOLDINGS II, LLC; JACANA HOLDINGS III, LLC; JACANA HOLDINGS IV,
LLC; JACANA HOLDINGS V, LLC; LEX CLAIMS, LLC; LMAP 903 LIMITED;
MCP HOLDINGS MASTER LP; MONARCH ALTERNATIVE SOLUTIONS MASTER
FUND LTD; MONARCH CAPITAL MASTER PARTNERS II LP; MONARCH CAPITAL
MASTER PARTNERS III LP; MONARCH CAPITAL MASTER PARTNERS IV LP;
MONARCH DEBT RECOVERY MASTER FUND LTD.; MONARCH SPECIAL
OPPORTUNIES MASTER FUND LTD.; MPR INVESTORS, LLC; P MONARCHY
RECOVERY LTD.; PINEHURST PARTNERS, LP; PRISMA SPC HOLDINGS LTD -
SEGREGATED PORTFOLIO AG; RRW I LLC,

Plaintiffs, Appellants,

P STONE LION IE, A FUND OF PERMAL MANAGED ACCOUNT PLATFORM ICAV;
PERMAL STONE LION FUND; SENATOR GLOBAL OPPORTUNITY MASTER FUND
LP; SL LIQUIDATION FUND LP; SL PUERTO RICO FUND II, L.P.;
SL PUERTO RICO FUND LP,

Plaintiffs,

v.

COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

Defendants, Appellees.

---

**ERRATA SHEET**


The opinion of this Court, issued on March 26, 2019, is amended as follows:

On page 4, line 18, delete "and enforceable first claim."